(No. 4795.  June 23, 1927.)

AUSTIN B. NEWELL, Respondent, v. FRANK LEE, Appellant.

[257 Pac. 1118.]

APPEAL from the District Court of the Eighth Judicial District, for Kootenai County.  Hon. W. F. McNaughton, Judge.

Action in conversion.  Judgment for plaintiff.  *Affirmed.*

Lynn W. Culp, for Appellant.

Ezra R. Whitla, for Respondent.

Counsel cite no authorities on point decided.

TAYLOR, J.—This action was begun in the small claims court.  A trial in the district court resulted in a verdict for plaintiff in the sum of $10.  We have thoroughly examined the record and find no reversible error.

The judgment is affirmed.  Costs to respondent.

Wm. E. Lee, C. J., and Budge, Givens and T. Bailey Lee, JJ., concur.

Publisher's Note.

See Appeal and Error, 4 C. J., sec. 3122, p. 1130, n. 61.